UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In the Matter of the Search of | ) | DOCKET NO. 3:23-mj-337 |
| | ) | |
| (3) 611 Lasalle Street, Monroe, North Carolina 28110 | ) ) | **UNDER SEAL** |
| (4) 2003 Proverbs Court, Monroe, North Carolina 28110 | ) ) | |
| | ) | |
| TARGET RESIDENCES | ) | |

## ORDER SEALING SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to AUSA timothy.sielaff@usdoj.gov).

SO ORDERED this 2nd day of October 2023.

Signed: October 2, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge