UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-MJ-337-SCR *SEALED*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>(1) 611 Lasalle Street, Monroe, North Carolina 28110<br>(2) 2003 Proverbs Court, Monroe, North Carolina 28110 | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Application to Unseal," filed December 5, 2023. (Doc. No. 7). After careful consideration of the Application and the record of this case, for the reasons set forth in the Application, the undersigned will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that this matter shall be unsealed.

**SO ORDERED**.

Signed: December 5, 2023

Susan C. Rodriguez
United States Magistrate Judge